EXHIBIT 2

| US8970710B2 | Spirent- Umetrix ("The accused instrumentality") |
|---|---|
| 1. A method for measuring a quality of video, comprising: | The accused instrumentality practices a method for measuring a quality of video (e.g., perceptual video quality estimation provides the measurement of video quality metrics).  https://www.spirent.com/products/user-experience-evaluation-for-video-data-and-voice-umetrix |

EXHIBIT 2



https://assets.ctfassets.net/wcxs9ap8i19s/1CRPge9Zt61cm3WfWyuktB/3acb2881c2b8a86fc9e8fd12467cdd65/DS-Umetrix-Video.pdf

EXHIBIT 2

| | | |
|---|---|---|
| | Full reference video is a method of collection where a known source video is sent through the network and captured at one or more end points on an end user device. The captured video is then compared to the original video source content to assess the degree of impairment.<br><br>Umetrix Video uses the full reference algorithm Perceptual Evaluation of Video Quality (PEVQ) to provide a mean opinion score (MOS) of the video quality degradation occurring through a network. PEVQ can be applied to test video streaming, video conferencing, and IPTV applications. The degraded video signal output from a network is analyzed by comparison to the undistorted reference video signal on a perceptual basis.<br><br>• Accurate, reliable, and efficient objective analysis of perceived video quality<br>• Full reference based end-to-end quality analysis<br>• Output MOS correlates well with subjective MOS<br><br>https://assets.ctfassets.net/wcxs9ap8i19s/1CRPge9Zt61cm3WfWyuktB/3acb2881c2b8a86fc9e8fd12467cdd65/DS-Umetrix-Video.pdf | **Video KPIs**<br>• PEVQ MOS<br>• Distortion indicators<br>• Delay<br>• Brightness<br>• Contrast<br>• PSNR<br>• Jerkiness<br>• Blurriness<br>• Blockiness<br>• Frame skips and freezes<br>• Effective frame rate<br>• Temporal and spatial activity |
| generating a frame loss pattern of the video by recording, in sequence, a status for every successive frame in a group of frames and establishing for each such group of frames an arrangement indicating whether each frame in the group is lost or | The accused instrumentality practices generating a frame loss pattern of the video by recording, in sequence, a status for every successive frame in a group of frames and establishing for each such group of frames an arrangement indicating whether each frame in the group is lost or successfully transmitted relative to all frames in the group. | |

EXHIBIT 2

| | |
|---|---|
| successfully transmitted relative to all frames in the group |  https://www.spirent.com/products/user-experience-evaluation-for-video-data-and-voice-umetrix <br><br> As shown below, mesaurement of video quality is based on evalutaion of group of frames transmitted or lost/impaired. |

EXHIBIT 2

## User Experience Analytics Solutions

- Provided by Umetrix Analytics Systems and Spirent Video Analyzer
- Quantify critical user experience metrics: voice quality, data throughput, video quality, and battery performance
- Measurement of user experience with a unified approach across all major mobile OS platforms and PCs
- Test cases can evaluate any mobile device in the lab or live network

| Test Area | | KPIs |
|---|---|---|
| Voice | End-to-end quality VoLTE / VoIP | ▪ Voice quality (POLQA/PESQ MOS)<br>▪ Audio delay (ms) |
| Call | Service & availability Setup & retention | ▪ Call initiation success/failure rate (%)<br>▪ Call retention/drop rate (%) |
| Data | Upload / download Browsing / streaming Latency | ▪ Web page load time(s)<br>▪ HTTP / FTP file download/upload speed (Mbps) |
| Video | Streaming Chat | ▪ Video MOS (VMOS)<br>▪ Observed frame rate (fps)<br>▪ Impaired / frozen frames (%)<br>▪ Frame loss rate (%)<br>▪ Audio/video sync (+/- ms)<br>▪ Video smoothness (1-5) |
| Battery | Power consumption By application By user profile | ▪ Power consumption (mW)<br>▪ Current drain (mA)<br>▪ Battery life (h) |

https://www.tempesttelecom.com/wp-content/uploads/2020/08/Spirent_Elevate-data.pdf

EXHIBIT 2

| | |
|---|---|
| | Full reference video is a method of collection where a known source video is sent through the network and captured at one or more end points on an end user device. The captured video is then compared to the original video source content to assess the degree of impairment.<br><br><u>Umetrix Video uses the full reference algorithm Perceptual Evaluation of Video Quality (PEVQ) to provide a mean opinion score (MOS) of the video quality degradation occurring through a network. PEVQ can be applied to test video streaming, video conferencing, and IPTV applications. The degraded video signal output from a network is analyzed by comparison to the undistorted reference video signal on a perceptual basis.</u><br><br>- Accurate, reliable, and efficient objective analysis of perceived video quality<br>- Full reference based end-to-end quality analysis<br>- Output MOS correlates well with subjective MOS<br>- Measurement of multimedia (QCIF, CIF, VGA), SD and HD video quality<br><br>**Video KPIs**<br>- PEVQ MOS<br>- Distortion indicators<br>- Delay<br>- Brightness<br>- Contrast<br>- PSNR<br>- Jerkiness<br>- Blurriness<br>- Blockiness<br>- Frame skips and freezes<br>- Effective frame rate<br>- Temporal and spatial activity<br><br>https://assets.ctfassets.net/wcxs9ap8i19s/1CRPge9Zt61cm3WfWyuktB/3acb2881c2b8a86fc9e8fd12467cdd65/DS-Umetrix-Video.pdf |

EXHIBIT 2

| | |
|---|---|
| | **Subjective Quality Metrics** |
| | **Metric** / **Description** |
| | MOS-V: Video MOS, a 1-5 score that considers the effect of the video codec, frame rate, packet loss distribution and GoP structure on viewing quality |
| | MOS-A: Audio MOS, a 1-5 score that considers the effect of the audio codec, bit rate, sample rate and packet loss on viewing quality |
| | MOS-AV: Audio-Video MOS – a 1-5 score that considers the effect of picture & audio quality and audio-video synchronization on overall user experience |
| | MOS-C: Control plane MOS, a 1-5 score that provides a measure of control interactions such as channel change on user perceived quality |
| | https://www.tic.ir/Content/media/article/Quality%20of%20%20Experience_0.pdf |
| evaluating the quality of the video as a function of the generated frame loss pattern | The accused instrumentality practices evaluating the quality of the video as a function of the generated frame loss pattern. As shown below, the statistics of successfully received and impaired frames provides evaluation of the quality of video in the form of mean opinion score (e.g., video MOS score). |

EXHIBIT 2



https://www.spirent.com/products/user-experience-evaluation-for-video-data-and-voice-umetrix

EXHIBIT 2

| | |
|---|---|
| | Full reference video is a method of collection where a known source video is sent through the network and captured at one or more end points on an end user device. The captured video is then compared to the original video source content to assess the degree of impairment.<br><br>**Umetrix Video uses the full reference algorithm Perceptual Evaluation of Video Quality (PEVQ) to provide a mean opinion score (MOS) of the video quality degradation occurring through a network. PEVQ can be applied to test video streaming, video conferencing, and IPTV applications. The degraded video signal output from a network is analyzed by comparison to the undistorted reference video signal on a perceptual basis.**<br><br>- Accurate, reliable, and efficient objective analysis of perceived video quality<br>- Full reference based end-to-end quality analysis<br>- Output MOS correlates well with subjective MOS<br>- Measurement of multimedia (QCIF, CIF, VGA), SD and HD video quality<br><br>**Video KPIs**<br>- PEVQ MOS<br>- Distortion indicators<br>- Delay<br>- Brightness<br>- Contrast<br>- PSNR<br>- Jerkiness<br>- Blurriness<br>- Blockiness<br>- Frame skips and freezes<br>- Effective frame rate<br>- Temporal and spatial activity<br><br>https://assets.ctfassets.net/wcxs9ap8i19s/1CRPge9Zt61cm3WfWyuktB/3acb2881c2b8a86fc9e8fd12467cdd65/DS-Umetrix-Video.pdf |

EXHIBIT 2

## User Experience Analytics Solutions

- Provided by Umetrix Analytics Systems and Spirent Video Analyzer
- Quantify critical user experience metrics: voice quality, data throughput, video quality, and battery performance
- Measurement of user experience with a unified approach across all major mobile OS platforms and PCs
- Test cases can evaluate any mobile device in the lab or live network

| Test Area | | KPIs |
|---|---|---|
| Voice | End-to-end quality VoLTE / VoIP | • Voice quality (POLQA/PESQ MOS)<br>• Audio delay (ms) |
| Call | Service & availability Setup & retention | • Call initiation success/failure rate (%)<br>• Call retention/drop rate (%) |
| Data | Upload / download Browsing / streaming Latency | • Web page load time(s)<br>• HTTP / FTP file download/upload speed (Mbps) |
| Video | Streaming Chat | • Video MOS (VMOS)<br>• Observed frame rate (fps)<br>• Impaired / frozen frames (%)<br>• Frame loss rate (%)<br>• Audio/video sync (+/- ms)<br>• Video smoothness (1-5) |
| Battery | Power consumption By application By user profile | • Power consumption (mW)<br>• Current drain (mA)<br>• Battery life (h) |

https://www.tempesttelecom.com/wp-content/uploads/2020/08/Spirent_Elevate-data.pdf