## CIVIL COVER SHEET ATTACHMENT

**Related Cases** (Including Present Action)

| Juris. | Date Filed | Case Name | Case Number |
|---|---|---|---|
| D.Del. |  | Colonial Licensing LLC v. Spirent Communications Inc. | Being filed concurrently |
| D.Del. |  | Colonial Licensing LLC v. Rohde & Schwarz USA, Inc. | Being filed concurrently |
| D.Del. | 11/24/2021 | Colonial Licensing LLC v. VIAVI Solutions Inc. | 1:21-cv-01667 |